UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KENDALL SUMMERS                                               CIVIL ACTION NO.

VERSUS                                                        20-21-JWD-SDJ

STATE OF LOUISIANA, DEPARTMENT
OF HEALTH AND HOSPITALS, as the political entity
responsible for Eastern Louisiana Mental Health System;
AND DR. REBEKAH GEE

*CONSOLIDATED WITH*

STORM ERIE, *et al.*                                          CIVIL ACTION NO.

VERSUS                                                        20-289-JWD-SDJ

STATE OF LOUISIANA, DEPARTMENT
OF HEALTH AND HOSPITALS, as the political entity
responsible for Eastern Louisiana Mental Health System;
AND DR. COURTNEY PHILLIPS, in her official capacity
as Secretary

*CONSOLIDATED WITH*

IVORY AMOS, *et al.*                                          CIVIL ACTION NO.

VERSUS                                                        20-386-JWD-SDJ

STATE OF LOUISIANA, DEPARTMENT
OF HEALTH AND HOSPITALS as the political entity
responsible for Eastern Louisiana Mental Health System;
AND DR. COURTNEY PHILLIPS, in her official capacity
as Secretary

## UNOPPOSED MOTION FOR STATUS CONFERENCE BEFORE JUDGE deGRAVELLES

Now come Plaintiffs, Kendall Summers, *et. al.*, who file this *Unopposed Motion for Status Conference Before Judge deGravelles*. The above consolidated cases involve claims by residents of the Eastern Louisiana Mental Health System that the Department of Health has violated their

rights under the Americans with Disabilities Act and the Rehabilitation Act.

On September 1, 2020, counsel for the parties held a status conference before Magistrate Judge Johnson. *See* Dkt. 20-21, R. Doc. 24. The parties discussed entering a Scheduling Order governing the consolidated cases, which would include a discovery plan that would permit the parties to conduct discovery in phases. The parties discussed holding off on further discovery until an updated discovery plan and Scheduling Order was entered.

To date, a new discovery plan and Scheduling Order has not been entered.[1] Accordingly, the Plaintiffs respectfully request a telephone Status Conference to discuss the status of these cases. This motion has been circulated to defense counsel who does not oppose the relief sought.

Respectfully submitted:

/s/ Garret S. DeReus
**BIZER & DEREUS, LLC**
Andrew D. Bizer (LA # 30396)
andrew@bizerlaw.com
Garret S. DeReus (LA # 35105)
gdereus@bizerlaw.com
Emily A. Westermeier (LA # 36294)
ewest@bizerlaw.com
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record on December 4, 2020, by ECF filing.

By: /s/ Garret S. DeReus
**Garret S. DeReus**

---

[1] Today, December 4, 2020, was the deadline for the parties to complete discovery in Mr. Summers' case. *See* Dkt. 20-21, R. Doc. 17. One impetus for filing this motion is that the parties have ceased conducting further discovery while they await an updated Scheduling Order. The *Summers* scheduling order was entered before the consolidation of the other two or three related cases.